1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

NATARAJAN GURUMOORTHY,                    | Case No. 1:12-cv-01423 JLT  (PC)

12
                        Plaintiff,         ORDER STRIKING COMPLAINT AND
13                                          REQUIRING PLAINTIFF TO FILE SIGNED
        v.                                  COMPLAINT FORM AND EITHER FILE
14                                          APPLICATION TO PROCEED IN FORMA
                                            PAUPERIS OR PAY FILING FEE WITHIN
15  SIX UNKNOWN NAMES AGENTS OR MR.         THIRTY DAYS
    PRESIDENT OF THE UNITED STATES
16  BARACK OBAMA,                           (Doc. 1).

17                     Defendants.

18

19

20          On August 30, 2012, Plaintiff filed what was construed as a civil rights Complaint.  (Doc.

21  1).  The Complaint is not signed and it sets forth no intelligible claims for relief. (Id.)  The Court

22  cannot consider unsigned filings and the Complaint shall be stricken from the record for that

23  reason.  Plaintiff has thirty days to file a signed complaint that complies with Federal Rule of

24  Civil Procedure 8(a).[1]

25          [1] A complaint must contain "a short and plain statement of the claim showing that the
    pleader is entitled to relief. . . ." Fed. R. Civ. P. 8(a)(2). Detailed factual allegations are not
26  required, but "[t]hreadbare recitals of the elements of a cause of action, supported by mere
    conclusory statements, do not suffice." Ashcroft v. Iqbal, 556 U.S. 662, 129 S.Ct. 1937, 1949
27  (2009) (citing Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555, 127 S.Ct. 1955, 1964-65
    (2007)). While a plaintiff's allegations are taken as true, courts "are not required to indulge
28  unwarranted inferences." Doe I v. Wal-Mart Stores, Inc., 572 F.3d 677, 681 (9th Cir. 2009)
                                                                              (continued…)

                                              1

1      Plaintiff must also either file a motion seeking leave to proceed in forma pauperis or pay

2   the $350.00 filing fee in full.

3      Accordingly, IT IS HEREBY ORDERED that:

4      1. Plaintiff's complaint is stricken from the record for lack of signature;

5      2. The Clerk's Office shall send Plaintiff a Bivens complaint form and an application

6         to proceed in forma pauperis;

7      3. Within thirty (30) days from the date of service of this order, Plaintiff must file a signed

8   complaint and either file a motion seeking leave to proceed in forma pauperis or pay the $350.00

9   filing fee for this action; and

10      4. The failure to comply with this order will result in dismissal of this action.

11

IT IS SO ORDERED.

12

13      Dated:   **September 4, 2012**              _____**/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE
14

15

16

17

18

19

20

21

22

23

24

25
   _____
26   (…continued)
   (internal quotation marks and citation omitted). To state a viable claim for relief, Plaintiff must
27   set forth factual allegations sufficient to state a plausible claim for relief. Iqbal, 129 S.Ct. at 1949-
   50; Moss v. U.S. Secret Service, 572 F.3d 962, 969 (9th Cir. 2009). The mere possibility of
28   misconduct falls short of meeting this plausibility standard. Id.

2